United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Gwendolyn Jane Parr<br>275 Tifton Eldorado Rd.<br>Tifton, GA 31794 | Chapter 13<br><br>Case No. 09-71401-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $272.18 in unclaimed funds of Gwendolyn Jane Parr and , debtor(s).

Last Known Address (Most recent listed left to right):

Gwendolyn Jane Parr
275 Tifton Eldorado Rd.
Tifton, GA 31794

Dated: 12/19/2013

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee